## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARION IMBRUNNONE RAAK,

          Plaintiff,

vs.                                CASE NO. 6:07-CV-1661-ORL-19GJK

DENNY'S,

          Defendant.

_____

ORDER

       This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 36, filed April 21, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

       **ORDERED** that the Report and Recommendation (Doc. No. 36) is **ADOPTED and AFFIRMED.**  The Amended Joint Motion to Approve Settlement Agreement (Doc. No. 35, filed April 18, 2008) and Joint Stipulation for Final Order of Dismissal (Doc. No. 32, filed April 10, 2008) are **GRANTED.**  The Settlement Agreement is hereby **APPROVED** to the extent it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close this file.

       **DONE AND ORDERED** at Orlando, Florida, this ___24th___ day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record